UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:17-cv-08465 |
| ) | Honorable Edmond E. Chang |
| v. ) | |
| ) | |
| NANCY HERRERA, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFAULT JUDGMENT AND
## PERMANENT INJUNCTION AGAINST NANCY HERRERA

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment Against Nancy Herrera ("Motion"). Having considered the Motion, being otherwise duly advised in the premises, and good cause appearing, the Court hereby

**FINDS**:

1. The address of Plaintiff is:

    30700 Russell Ranch Road, Suite 250
    Westlake Village, CA 91362

2. The name and address of Defendant is:

    Nancy Herrera
    1943 Tilson Lane
    Romeoville, IL 60446

3. This Court has jurisdiction over the subject matter of this case and the parties.

4. Venue is proper in this District.

1

5. The Amended Complaint states claims for direct copyright infringement, in violation of 17 U.S.C. § 101, and contributory copyright infringement upon which relief may be granted against Defendant.

6. Defendant has failed to plead or otherwise defend against Plaintiff's Amended Complaint in this action.

7. Default was entered as to Defendant on April 11, 2018.

8. Defendant is not a minor, incompetent person or in active military service.

9. By reason of default, Defendant has admitted the truth of the allegations in Plaintiff's Amended Complaint.

10. Under Count I of the Amended Complaint, Defendant is hereby found liable to Plaintiff for willfully committing direct copyright infringement.

11. In balancing the need to compensate, to deter, and to take into account the BitTorrent nature of the infringement (which contributed to others' infringement), but also not to over-deter, the Court awards $18,750 in statutory damages. The Court notes that it mistakenly awarded $10,000 in R. 20, but that is less than the minimum statutory damages of $750 per work for the 25 works (and because of the willfulness finding, based on the default and admission of the complaint's allegations, remittitur is not authorized).

12. In light of the willfulness finding, there is a substantial risk that Defendant will continue to cause Plaintiff irreparable injury. Specifically, there is an existing threat of continued violations of Plaintiff's exclusive rights to reproduce, distribute, perform and display the 25 copyrighted works listed on Exhibit A attached hereto (the "Works") through Defendant's use of the BitTorrent protocol to upload and download the Works between and among peer users without authorization from Plaintiff.

13. There will be no injury to Defendant caused by entry of a permanent injunction requiring Defendant to cease infringing Plaintiff's Works.

14. Entry of a permanent injunction against Defendant is in the public interest because it "preserv[es] the integrity of copyright laws which encourage individual effort and creativity by granting valuable enforceable rights." *DSC Communications Corp. v. DGI Technologies*, 898 F. Supp.1183, 1196 (N.D. Tex. 1995).

15. In accordance with Rule 65(d), Federal Rules of Civil Procedure, this Default Judgment shall be binding upon Defendant and all other persons in active concert or participation with Defendant who receive actual notice of this Default Judgment.

Based on the foregoing findings, it is:

**ORDERED AND ADJUDGED** that Defendant Nancy Herrera:

(a) shall pay to Plaintiff the sum of $18,750.00 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), which may be collected on immediately;

(b) shall pay to Plaintiff post-judgment interest at the current legal rate allowed and accruing under 28 U.S.C. § 1961 as of the date of this Default Judgment until the date of its satisfaction;

(c) be and hereby is enjoined from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Plaintiff.

(d) be and is hereby ordered to destroy all copies of Plaintiff's works that the Defendant Nancy Herrera has downloaded onto any computer hard drive or server without

Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant Nancy Herrera's possession, custody, or control.

      (e)      The Court shall retain jurisdiction over this action for six months or until the judgment is satisfied to entertain such further proceedings supplementary and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

**DONE AND ORDERED** this 8th day of August 2018.


                          By:    s/Edmond E. Chang
                          **UNITED STATES DISTRICT JUDGE**

Copyrights-In-Suit for IP Address 99.90.197.197

**ISP:** AT&T Internet Services
**Location:** Plainfield, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fit For A Fuck | PA0002078597 | 08/12/2017 | 08/30/2017 | 08/15/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 01/07/2017 |
| Beauty In Blue | PA0002036157 | 11/08/2016 | 12/04/2016 | 01/07/2017 |
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 11/23/2016 |
| Triple Treat | PA0002036152 | 10/28/2016 | 12/04/2016 | 10/30/2016 |
| Kiss From A Rose | PA0002036766 | 09/23/2016 | 12/05/2016 | 10/29/2016 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 10/22/2016 |
| Hungry For Your Love | PA0002033407 | 08/07/2016 | 10/20/2016 | 10/21/2016 |
| Four Way In 4K | PA0001995499 | 01/28/2016 | 02/18/2016 | 10/21/2016 |
| The Cabin And My Wood | PA0001973997 | 11/01/2015 | 11/16/2015 | 10/19/2016 |
| Return of the Pussy Cat Burglar | PA0002036151 | 09/30/2016 | 12/04/2016 | 10/01/2016 |
| Pussy Cat Burglar | PA0002033408 | 09/03/2016 | 11/13/2016 | 09/28/2016 |
| Inside Caprice | PA0001990004 | 12/29/2015 | 01/18/2016 | 09/26/2016 |
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 09/17/2016 |
| Love Her Madly | PA0002033405 | 08/13/2016 | 10/20/2016 | 08/13/2016 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 07/31/2016 |
| Blondes Have More Fun | PA0002031882 | 06/08/2016 | 08/29/2016 | 06/11/2016 |
| Deep in Love | PA0002015085 | 05/13/2016 | 05/31/2016 | 05/20/2016 |
| Rub Me The Right Way Too | PA0002015095 | 05/04/2016 | 05/31/2016 | 05/15/2016 |
| Nina Needs It Now | PA0002015112 | 04/12/2016 | 06/18/2016 | 04/17/2016 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 01/19/2015 |

EXHIBIT A to Default Judgment and Permanent Injunction Against Nancy Herrera

NIL810

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 12/02/2014 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 10/25/2014 |
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 10/18/2014 |
| Lisas Hidden Cam | PA0001914534 | 09/11/2014 | 09/16/2014 | 09/13/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 25**